**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NMS SPECIAL OPPORTUNITY FUND, LP,<br><br>Plaintiff,<br><br>-against-<br><br>GLOBAL STRUCTURED PRODUCTS (JERSEY) LIMITED; NFG SA; KEITH BEEKMEYER; NEWPOINT REINSURANCE COMPANY LIMITED; SPECIALTY RISK PARTNERS (USA) INC.; SPECIALTY RISK REINSURANCE INC.; JONATHAN MARK GORDON CLUBB; MARK PAYN; and FRANKIE MAJOR,<br>Defendants. | Case No.: 1:26-cv-07643 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Newpoint Reinsurance Company Limited ("NPRE") states that it is a limited company organized under the laws of Nevis, within the Federation of Saint Kitts and Nevis, with its principal place of business in Charlestown, Nevis. It is a citizen of Saint Kitts and Nevis. It is a wholly owned subsidiary of NFG SA ("NFG"), a société anonyme organized under the laws of Switzerland, with its principal place of business in Geneva, Switzerland. It is a citizen of Switzerland. NPRE's subsidiaries are NPRE Advisory Ltd and Newpoint Reinsurance Company, LLC. Its affiliate is NFG. No publicly held corporation owns 10% or more of its stock.

Dated: November 24, 2026

Respectfully submitted,

**PAUL HASTINGS LLP**
/s/ *John Buretta*

John Buretta
Elizabeth A. Parvis
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000

Timothy D. Reynolds (*pro hac vice forthcoming*)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Tel: (213) 683-6000

*Attorneys for Defendants*