**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NMS SPECIAL OPPORTUNITY FUND, LP,<br><br>Plaintiff,<br><br>-against-<br><br>GLOBAL STRUCTURED PRODUCTS (JERSEY) LIMITED; NFG SA; KEITH BEEKMEYER; NEWPOINT REINSURANCE COMPANY LIMITED; SPECIALTY RISK PARTNERS (USA) INC.; SPECIALTY RISK REINSURANCE INC.; JONATHAN MARK GORDON CLUBB; MARK PAYN; and FRANKIE MAJOR,<br>Defendants. | Case No.: 1:26-cv-07643 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NFG SA ("NFG") states that it is a société anonyme organized under the laws of Switzerland, with its principal place of business in Geneva, Switzerland. It is a citizen of Switzerland. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Its shareholders are Suisse Capital Ltd (63.5%), 24 L&A Ltd (26.5%) and Julian Jammine (10%). None of them is a publicly held corporation. NFG SA's subsidiaries are listed below. Each is wholly owned unless a percentage is shown.

a. NPFC SPV 1 Inc.
b. Newpoint Reinsurance Company Limited, and its subsidiaries NPRE Advisory Ltd and Newpoint Reinsurance Company, LLC
c. Global Structured Products (Jersey) Limited
d. Specialty Risk Partners (USA) Inc.
e. Newpoint Financial Corp. (76.6%)
f. NFG Management Services USA, LLC
g. NFG Europe Limited, and its subsidiaries:

1. NFG Capital Limited, which owns 60% of Bramdean Asset Management LLP and 16.56% of Iroko Financial Products Ltd which owns Iroko Securities Limited
2. NFG Property Limited
3. Logiciel Limited
4. CamGlobal Commodities Ltd
5. OSSO Energy PLC (76%), and its subsidiaries OSSO Energy Trading Limited, OSSO Energy (Retail) Limited and OSSO Energy Deutschland GmbH
6. QRG Brokers Ltd (19.99%), and its subsidiary QRG Specialty EU

h. Special Investments and Acquisitions Limited
i. NFG Equity SA (60%)
j. NFG Partners SA (76%) and its subsidiary Zodiac Partners Ltd (27.92%)
k. Kessner Capital Management Ltd (76%)
l. NFG International Holdings Inc and its subsidiaries SRR HoldCo Inc and Specialty Risk Reinsurance, Inc

Dated: November 24, 2026

Respectfully submitted,

**PAUL HASTINGS LLP**
/s/ *John Buretta*

John Buretta
Elizabeth A. Parvis
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000

Timothy D. Reynolds (*pro hac vice forthcoming*)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Tel: (213) 683-6000

*Attorneys for Defendants*