**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NMS SPECIAL OPPORTUNITY FUND, LP,<br><br>Plaintiff,<br><br>-against-<br><br>GLOBAL STRUCTURED PRODUCTS (JERSEY) LIMITED; NFG SA; KEITH BEEKMEYER; NEWPOINT REINSURANCE COMPANY LIMITED; SPECIALTY RISK PARTNERS (USA) INC.; SPECIALTY RISK REINSURANCE INC.; JONATHAN MARK GORDON CLUBB; MARK PAYN; and FRANKIE MAJOR,<br><br>Defendants. | Case No.: 1:26-cv-07643 |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Specialty Risk Reinsurance Inc. ("SRR") states that it is a corporation organized under the laws of the State of Tennessee, with its principal place of business in Nashville, Tennessee. SRR is a citizen of Tennessee. SRR is a wholly owned subsidiary of SRR HoldCo, Inc. ("SRRH"), a corporation organized under the laws of the State of Delaware, with its principal place of business in County of New Castle, Delaware. SRRH is a wholly owned subsidiary of NFG SA ("NFG"), a société anonyme organized under the laws of Switzerland, with its principal place of business in Geneva, Switzerland. SRR has no subsidiaries. Its affiliate is NFG. No publicly held corporation owns 10% or more of its stock.

Dated: November 24, 2026

Respectfully submitted,

**PAUL HASTINGS LLP**
/s/ *DRAFT*

John Buretta
Elizabeth A. Parvis
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000

Timothy D. Reynolds (*pro hac vice forthcoming*)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Tel: (213) 683-6000

*Attorneys for Defendants*