PAUL HASTINGS

November 24, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007-1312

Re: ***NMS Special Opportunity Fund, LP v. Global Structured Products (Jersey) Limited et al.*, Case No. 1:26-cv-07643**

Dear Judge Ho:

We represent Defendants Global Structured Products (Jersey) Limited, NFG SA, Keith Beekmeyer, Newpoint Reinsurance Company Limited, Specialty Risk Partners (USA) Inc., Specialty Risk Reinsurance Inc., Jonathan Mark Gordon Clubb, Mark Payn, and Frankie Major (collectively, "Defendants") in the above-referenced action.

Pursuant to Sections 2(a), 2(e), and 4(j) of the Court's Individual Rules of Practice in Civil Cases, we write with Plaintiff NMS Special Opportunity Fund, LP's ("Plaintiff") consent to respectfully request that the Court approve the accompanying Stipulation and [Proposed] Order Regarding Acceptance of Service and Extension of Time to Respond to Complaint (the "Stipulation"), filed contemporaneously herewith, to extend Defendants' time to respond to the Complaint (ECF No. 1) filed in this action by Plaintiff on September 4, 2026 (the "Complaint").

Plaintiff has effectuated service on Defendants, and the Parties disagree as to the sufficiency of Plaintiff's service on Defendants. To avoid unnecessary dispute, and in the interest of efficiency, judicial economy, and orderly management of this action, the parties have agreed that Defendants' counsel will accept service on behalf of all Defendants effective November 2, 2026, with Defendants' deadline to answer, move, or otherwise respond to the Complaint extended to December 17, 2026. As reflected in the proposed stipulation, Defendants expressly reserve all jurisdictional defenses and objections, including those concerning personal jurisdiction.

This is the first request for an extension of time in this case. Plaintiff consents to the requested relief, which does not affect any other scheduled dates or appearances in this matter.

The Parties respectfully request that the Court approve and so-order the accompanying stipulation.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ John Buretta*

John Buretta
of PAUL HASTINGS LLP

cc: All counsel of record (via ECF)