**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NMS SPECIAL OPPORTUNITY FUND, LP,

Plaintiff,

-against-

GLOBAL STRUCTURED PRODUCTS (JERSEY) LIMITED; NFG SA; KEITH BEEKMEYER; NEWPOINT REINSURANCE COMPANY LIMITED; SPECIALTY RISK PARTNERS (USA) INC.; SPECIALTY RISK REINSURANCE INC.; JONATHAN MARK GORDON CLUBB; MARK PAYN; and FRANKIE MAJOR,

Defendants.

Case No.: 1:26-cv-07643

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING ACCEPTANCE OF SERVICE AND EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Plaintiff NMS Special Opportunity Fund, LP ("Plaintiff" or "NMS") and Defendants Global Structured Products (Jersey) Limited, NFG SA, Keith Beekmeyer, Newpoint Reinsurance Company Limited, Specialty Risk Partners (USA) Inc., Specialty Risk Reinsurance Inc., Jonathan Mark Gordon Clubb, Mark Payn, and Frankie Major (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation:

WHEREAS, on September 4, 2026, Plaintiff electronically filed a COMPLAINT against All Defendants ("Complaint"), ECF No. 1;

WHEREAS, on September 14, 2026, an Electronic Summons issued to all Defendants ("Summons"), ECF. No. 17, and Plaintiff effectuated service of process on all Defendants;

WHEREAS, the Parties disagree as to the sufficiency of Plaintiff's service on Defendants;

WHEREAS, in the interest of efficiency, judicial economy, conservation of time and resources, and orderly management of this action, counsel for Defendants has agreed to accept service of the Complaint on behalf of all Defendants, effective November 2, 2026, subject to the reservations set forth herein;

WHEREAS, the Parties have agreed that all Defendants shall have until December 17, 2026 to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties, subject to approval of the Court, as follows:

1. Counsel for Defendants accepts service of the Complaint on behalf of all Defendants, effective November 2, 2026;

2. The deadline for all Defendants to answer, move, or otherwise respond to the Complaint is extended through and including December 17, 2026;

3. Defendants' acceptance of service and agreement to this Stipulation shall not constitute, and shall not be construed as, a general appearance, consent to personal jurisdiction, or the waiver of any rights, defenses, or objections available to Defendants, including, without limitation, any defenses or objections under Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), and 12(b)(5). All such rights, defenses, and objections are expressly preserved.

4. Except as expressly provided herein, nothing in this stipulation shall prejudice or otherwise affect any Party's rights, claims, defenses, or objections, all of which are expressly preserved.

IT IS HEREBY STIPULATED AND AGREED.

Dated: November 24, 2026

FROST LLP

By: *Christopher Frost*
Christopher Frost
Catherine Liu
10960 Wilshire Boulevard
Suite 2100
Los Angeles, California 90024
(424) 254-0441

*Attorneys for Plaintiff*

PAUL HASTINGS LLP

By: *John Buretta*
John Buretta
Elizabeth A. Parvis
200 Park Avenue
New York, NY 10166
Tel: 1.212.318.6000

Timothy D. Reynolds
(*pro hac vice* forthcoming)
515 South Flower Street
25th Floor
Los Angeles, CA 90071
Telephone: 1.213.683.6216

*Attorneys for Defendants*

The Clerk of Court is respectfully requested to close Dkt. No. 35.

SO ORDERED THIS 25 day of November, 2026.

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge